UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-17-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| HODA SAMUEL, | |
| Defendant. | |

In an underlying criminal case, defendant Hoda Samuel was ordered to pay restitution in the amount of $3,029,412.64, plus a fine and a statutory assessment. *United States v. Samuel*, 2:10-cr-223-JAM, ECF No. 596. On March 12, 2015, the United States filed an application for a writ of garnishment seeking to garnish any property and accounts in the possession of the California Public Employees' Retirement System. ECF No. 3. On March 13, 2015, the Clerk issued the writ of garnishment. ECF No. 5.

Defendant Samuel subsequently filed an opposition to the writ of garnishment. ECF No. 10. Despite receiving notice that she was required to submit the requisite claim of exemption form (ECF No. 7-7), defendant failed to submit the form. Further, her opposition fails to identify what, if any, exemption she is attempting to claim. In light of defendant's pro se status, the court will grant her a further opportunity to submit the requisite form.

/////

1

Defendant also filed a request for a hearing. Given that defendant is currently incarcerated in Texas, and further that it does not appear that oral argument would materially assist the court in resolution of this matter, it will be submitted on the parties' pleadings.

Accordingly, it is hereby ORDERED that:

1. The Clerk of Court is directed to serve a copy of documents ECF Nos. 7-3, 7-4, and 7-7, on defendant Hoda Samuel, Inmate Number 19252-097, FMC Carswell, P.O. Box 27137, Fort Worth, Texas 76127.

2. On or before July 22, 2015, defendant shall submit a properly completed Claim of Exemption Form.

3. The United States shall file a response to defendant's claim of exemption by August 5, 2015.

4. The matter shall thereafter stand submitted.

DATED: July 2, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE