IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-mc-00017-JAM-KJN |
|---|---|
| Plaintiff, | **ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (DISABILITY RETIREMENT BENEFIT)** |
| v. | |
| HODA SAMUEL, | Criminal Case No. 2:10-cr-00223-JAM |
| Defendant and Judgment Debtor. | |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | |
| Garnishee. | |

The Court, having reviewed the court files and the United States' Request to Terminate Writ of Continuing Garnishment (Disability Retirement Benefit), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that the Writ of Garnishment previously issued on March 13, 2015 against Hoda Samuel is hereby TERMINATED pursuant to 28 U.S.C. §3205(c)(10)(C). The Clerk of Court shall CLOSE the case.

IT IS SO ORDERED.

Dated: 10/7/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT
(DISABILITY RETIREMENT BENEFIT)